## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> SKY OF NEW YORK CORP., and TONG-IN INTERNATIONAL USA INC. <br><br> Defendants. | Civ. Action No. 16-9487 <br><br><br><br><br><br><br><br> **ORDER** |

### John Michael Vazquez, U.S.D.J.

This matter having been opened to the Court by Plaintiff Northeastern Lumber Manufacturers Association ("NeLMA" or "Plaintiffs") by motion seeking temporary restraints and a preliminary injunction[1] hearing schedule (D.E. 1); and the Court having reviewed the submissions and arguments of Plaintiff; and for the reasons stated in the accompanying opinion and on the record during the December 29, 2016 hearing; and for good cause shown,

It is on this 29th day of December, 2016,

**ORDERED** that Plaintiff's request for temporary restraints is **GRANTED**; and it is further

**ORDERED** that Defendants shall not use in any manner the NeLMA certification stamps bearing identification number 091156; and it is further

---

[1] A separate order setting forth the preliminary injunction hearing schedule was filed on the docket in conjunction with this order.

**ORDERED** that Defendants shall not ship, sell, distribute, or otherwise disburse in any manner any material or product bearing the NeLMA certification stamps with identification number 091156, and Defendant shall segregate and safeguard any such material or product; and it is further

**ORDERED** that Defendants shall preserve any and all records or other information relating to products the NeLMA certification stamps with identification number 091156; and it is further

**ORDERED** that Plaintiff shall post security in the amount of $5,000.00 with the Clerk of the Court.

_____
John Michael Vazquez, U.S.D.J.