UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NORTHEASTERN LUMBER
MANUFACTURERS ASSOCIATION,

*Plaintiff*,

v.

SKY OF NEW YORK CORPORATION, and
TONG-IN INTERNATIONAL USA INC.,

*Defendants*.

Civil Action No. 16-9487
(JMV) (JBC)
**ORDER**

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court on Plaintiff Northeastern Lumber Manufacturers Association's unopposed motion for default judgment against Defendant Sky of New York Corporation ("Sky NY") and Defendant Tong-IN International USA Inc., and Plaintiff's motion to hold Sky NY and Jae C. Han in contempt for failure to comply with the Court's August 14, 2017 Order compelling response to Plaintiff's discovery requests. D.E. 25, 26, 27. The Court will first address the motion for contempt, which is subject to a separate order filed today. For that reason, and for good cause shown,

**IT IS** on this 12th day of January 2018,

**ORDERED** that the motion for default judgment, D.E. 27, is **DENIED** without prejudice

pending the outcome of the Order to Show Cause ("OSC") addressing the motion for contempt.[1]

						_____
						John Michael Vazquez, U.S.D.J.

---

[1] Following the OSC, Plaintiff may refile its motion for default judgment and supplement the motion with any additional information that may come to light.